Edward J. Maney, Trustee
P.O. Box 10434
Phoenix, Arizona 85064
Telephone (602) 277-3776

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) CHAPTER 13 BANKRUPTCY |
| | ) |
| APRIL L. BERNARD, | ) CASE NO: 08-14326-PHX-RTB |
| | ) |
| | ) TRUSTEE'S RESPONSE TO |
| | ) |
| | ) DEBTORS' MOTION TO SELL |
| | ) REAL PROPERTY |
| Debtor(s) | ) |

Edward J. Maney, Trustee has reviewed Debtor(s) Motions and submits this Response:

The Trustee must receive information regarding two issues before giving his consent to the debtors Motion:

1. Are the purchasers insiders?
2. How was the $70,000 purchase price arrived at?

Dated: (see electronic signature)

                                          _____
                                          Edward J. Maney, Trustee

Copies of the forgoing mailed:
(see electronic signature)

April Bernard
2325 N. Edgemere St.
Phoenix, AZ 85006
Debtor(s)


Kirk A. Guinn, Esq.
3707 E. Southern Ave.
Suite #1070
Mesa, Arizona 85206
Debtor(s) counsel



By:_____
   Trustee's Clerk